AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:20-cr-00117 |
| UZZIAH HAIRSTON | ) Assigned To : Friedrich, Dabney L. |
|  | ) Assign. Date : 7/16/2020 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* UZZIAH HAIRSTON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 (Destruction of Government Property); 18 U.S.C. § 1369 (Destruction of Veterans' Memorials); and 18 U.S.C. § 2 (Aiding and Abetting, Causing an Act to be Done)

Date: 07/16/2020

Deborah A. Robinson
Digitally signed by Deborah A. Robinson
Date: 2020.07.16 16:41:12 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7-17-20 , and the person was arrested on *(date)* 7-22-20
at *(city and state)* HYATTSVILLE MD .

Date: 7-22-20

*Arresting officer's signature*

Corey Williams
*Printed name and title*